UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-75-GCM

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY,<br>f/k/a ROYAL INDEMNITY COMPANY<br>        Plaintiff<br>   v.<br><br>AXA RE and COLISEUM REINSURANCE<br>COMPANY<br><br>        Defendants. | **ORDER GRANTING<br>ADMISSION *PRO HAC VICE*** |

**THIS MATTER** is before the Court upon the motion of Plaintiff Arrowood Indemnity Company to allow **Robert Lewin** to appear *Pro Hac Vice*, dated March 3, 2009 [doc # 8].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Lewin has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 4, 2009

Graham C. Mullen
United States District Judge