UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:09-cv-00075-GCM

| | |
|---|---|
| In the Matter of the Arbitration of<br><br>ARROWOOD INDEMNITY COMPANY, f/k/a ROYAL INDEMNITY COMPANY,<br><br>Petitioner,<br><br>v.<br><br>AXA RE and COLISEUM REINSURANCE COMPANY,<br><br>Respondents. | **ORDER STAYING PROCEEDINGS** |

Upon a Consent Motion of the parties and for good cause shown, IT IS HEREBY ORDERED that further proceedings in this matter shall be stayed to and including June 30, 2009, including Respondents' duty to answer and Petitioner's deadline to reply. In the event the matter is not finally resolved by that date, Respondents shall file their response to the Petition on or before June 30, 2009; and Petitioner shall file any reply within 14 days after the response is served on it.

This the 10th day of April, 2009.

Graham C. Mullen
United States District Judge